James B. Ball (#007339)
Ball, Santin & McLeran, PLC
2999 N. 44th Street, Suite 500
Phoenix, Arizona 85018
(602) 840-1400
bkecf@bsmplc.com
Attorney for TD Bank, N.A., successor in interest to TD Auto Finance LLC

# UNITED STATES BANKRUPTCY COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re:<br><br>Diego Ruiz ,<br>        Debtor.<br>TD Bank, N.A., successor in interest to TD Auto Finance LLC,<br><br>        Movant,<br><br>vs.<br><br>Diego Ruiz, Debtor, and<br>Brian J. Mullen, Trustee,<br><br>        Respondents. | Chapter 7<br><br>No.  2:25-bk-02297-PS<br><br><br><br>**MOTION FOR RELIEF FROM THE AUTOMATIC STAY**<br><br><br>**Re:  2016 Jeep Grand Cherokee** |

TD Bank, N.A., successor in interest to TD Auto Finance LLC ("TD"), a creditor herein, hereby moves that this court enter an order granting it relief from the automatic stay of 11 U.S.C. Section 362(a) to permit it to exercise its rights of lien enforcement on personal property owned by the Debtor.  The bases of TD's Motion are set forth in the memorandum attached hereto.

/ / /

/ / /

DATED this 10th day of April 2025.

          By /s/ James B Ball #007339
          James B. Ball
          Ball, Santin & McLeran, PLC
          2999 N. 44th Street, Suite 500
          Phoenix, Arizona 85018
          Attorney for TD Bank, N.A., successor in interest to TD Auto Finance LLC

BALL, SANTIN & MCLERAN, PLC
2999 N. 44TH STREET, SUITE 500
PHOENIX, ARIZONA 85018
(602) 840-1400

## MEMORANDUM

On March 19, 2025, the Debtor commenced the above-captioned Chapter 7 case.

Debtor is presently obligated to TD the amount of $11,411.13 (the "Debt"). The Debt is secured by a valid and perfected first priority security interest in the following described property:

2016 Jeep Grand Cherokee

VIN # 1C4RJEBG3GC344622 (the "Collateral").

The Debt and the lien securing the Debt are evidenced by a Retail Installment Sale Contract, executed by Debtor on November 1, 2022, and a lien filing receipt, copies of which are attached hereto as Exhibits "A" and "B" and incorporated herein by reference.

The Debtor has been in default to TD since February 16, 2025.

The value of the Collateral is not sufficient to satisfy the encumbrances against the Collateral. Accordingly, there is no equity in the Collateral for the Debtor's estate and the Collateral is not necessary to an effective reorganization. Accordingly, TD is entitled to stay relief pursuant to 11 U.S.C. Section 362(d)(2).

TD's interest in the Collateral is not adequately protected. The Debtor has failed to provide adequate protection for TD's interest by making adequate protection payments or otherwise. The value of the Collateral is decreasing while the Debt is increasing. Therefore, TD is entitled to stay relief pursuant to 11 U.S.C. Section 362(d)(1).

TD requests that the court enter an order relieving it from the automatic stay of 11 U.S.C. Section 362(a) as to the Debtor and the bankruptcy estate and allowing it to exercise its rights of lien enforcement. The proposed order is attached as Exhibit "C".

/ / /

DATED this 10th day of April 2025.

By /s/ James B Ball #007339
James B. Ball
Ball, Santin & McLeran, PLC
2999 N. 44th Street, Suite 500
Phoenix, Arizona 85018
Attorney for TD Bank, N.A., successor in interest to TD Auto Finance LLC

COPIES of the foregoing mailed
This 10th day of April 2025 to:

Diego Ruiz
10350 W McDowell Rd, Apt 1141
Avondale, AZ 85392
Debtor

David Cutler
Phoenix Fresh Start Bankruptcy Attorneys
4131 Main St
Skokie, IL 60076
Attorney for Debtor

Brian J. Mullen
P.O. Box 32247
Phoenix, AZ 85064
Trustee

/s/ Erin O'Brien

BALL, SANTIN & MCLERAN, PLC
2999 N. 44TH STREET, SUITE 500
PHOENIX, ARIZONA 85018
(602) 840-1400